UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO SANCHEZ, FRANCISCO MEZQUITA, and NANO BATISTA,<br><br>        Plaintiffs,<br><br> -against-<br><br>SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH, and XINOS CONSTRUCTION CORP.,<br><br>        Defendants. | **20-CV-08649-RA**<br><br><br>**JUDGMENT** |

**A NOTICE OF ACCEPTANCE OF A RULE 68 OFFER OF JUDGMENT**

having been filed on January 21, 2021; and Defendants SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH having offered to allow Plaintiffs to take a judgment against Defendants SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH in this action for the total sum of $37,000.00, inclusive of fees and expenses, for all claims that have been or could have been asserted against Defendants SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH in the complaint of this action; it is

  **ORDERED** and **ADJUDGED** that Judgment is entered in favor of Plaintiffs MARIO

SANCHEZ, FRANCISCO MEZQUITA, and NANO BATISTA against Defendants SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH in the amount of $37,000.00, inclusive of fees and expenses, for all claims that have been or could have been asserted against Defendants SUNNY & KP CONSTRUCTION CORP., GURNOOR CONSTRUCTION CORP., OMG CONSTRUCTION CORP., SARBJIT SINGH, KULDIP SINGH in the complaint of this action to the date of this offer.

DATED:  January 25, 2021

New York, New York

.                                                                    _____

                                                                  Hon. Ronnie Abrams